RE : Case Number: 07-14-00353-CR

Trial Court Case No: 67.789-E

**Style :** The State of Texas Vs. Michael Ray Kennedy

## " NOTICE OF APPEAL "

### With Written Objections

Clerk; Vivian Long.

   Please File This Notice of Appeal for Good Cause and Written Objections;

### " NOTICE OF APPEAL "
### and
### WRITTEN OBJECTIONS.

Enclosed

Respectfully

*Michael Ray Kennedy.*

Michael Ray Kenndy

FILED

NOV 03 2015

SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

| Michael Ray Kennedy | § | |
| | § | COURT OF APPEALS |
| Vs. | § | SEVENTH DISTRICT OF TEXAS |
| | § | AMARILLO, TEXAS |
| The State of TEXAS | § | |

FILED
NOV 03 2015
SEVE...
VIVIAN LONG, CLERK

NOTICE OF APPEAL

and

WRITTEN OBJECTIONS

Now Comes, Michael Ray Kennedy Appearing Pro Se, Files Notice of Appeal and Objecting to the Court of Appeals Responce Dated Oct/ 21/2015. For Good Cause, Shows the Following:

I.

**OBJECTION NUMBER ONE.**

Motion for Forensic Analysis and Testing and Motion for Appointment of Counsel was, Deemed, Filed and By the Plain Language.

\* Respectfully Submitted on this 24th day of September, 2015. Pg 2 of the Motion Requesting Forensic Analysis And Testing and Signa- -ture as well as Exhibit (1) Affidavit of Indigency. Pg 5 Texas Civil Practice and Remidies Code 132.001 is Same as on Exhibit (1) Excuted on this 24th Day of September, 2015. Was in Orignal Motion for Forensic testing. According to See, **Campbell V. State 320, S.W. 3d 338, 344(Tex.Crim.App.2011).** [T]he Pleadings of Pro Se Inmates Shall Be Deemed Filed at the Time They are Delivered to Prison Authoritties for Forwarding to the Court Clerk.

Accordin to the Court of Appeals Responce that The Courts Opinion and Judgement Were Issued on July/16/2015 Claiming; **It's Plenary Power over its Judgement Expired on September 25,2015 [Motion was Filed/ September 24,2015.** According to Michael Ray Kennedys Motion, Pursuant To Chapter 38 Requesting Forensic Analysts and Testing, was Timly Filed September

24th,2015. ID **Campbell V.State 320,S.W.3d 338,344(Tex.Crim.App.2011).**
Deemed Filed September 24th,2015. at Time Delivered to Prison Auth-
-oritys.
Plenary Power Over It's Judgement Did Not Expire Because the Motion
was Deemed Filed September/24/2015.

**Objection** . Because The Motion was Timly Filed.
**Objection** To Tx,R,App.P.19.1(B) Because The Motin was Filed in time
Jurisdiction was Not Lost.
Applicant States A Schlup Type Claim on the Other Hand is a Procedural
Claim in Which the Applicants Claim of Innocence Does Not Alone Pro-
-vide a Basis for Relief, But is Tied to a Showing of Constitutional
Error at Trail. **Schlup 513 U.S. at 314, 115 S,CT 851.**
This is a Gateway to be Heard on Appeal. There is Enough Merit Because
the conflict of Testimony in the States Brief PG 8 **A SPENT 38.Bullet
was Found in the Drivers Headrest.** Vs(The Actual Words **38**). Compair
Testimony Vertict, Punishment Sentencing PG 42.
LN 22-23-24. Alice Said: That She Knew the Defendant to Own a 380
Pistol and that She saw it the Night Before.
PG 43. The State Claims in LN 4-7 ; And you Heard him tell you that
This Bullet is a Small Caliber Round That is Very Consistent with a
Bullet From a 380 Pistol, The Kind That Alice Said That She Saw.

The Reason a Appeal to the Moyion Requesting Forensic Analysis
and Testing Should Be Granted Is:
**Any Evidence That is Relevent TRE 401 In The Interest Of Justice.**
What was The Bullet  A : **380**  or A : **38** as the State Claimed ?
When was The Bullet Actually Fired ?  **TESTING IS NEEDED.**
The Only Solution is to Test the Bullet that was Found Lodged in the
Headrest/Seat, "Was There Glass in the Bullet" ?
There are Enough Facts to Support, The Story of the Bullet; **CAN NOT
BE A 380 [and] A 38.**

Wherefore Premises Considered To Grant Relief to file Appeal or
On Its Own Motion Grant Orignal Motion For Forensic Analysis and
Testing.

Respectfully Submitted

*Michael Ray Kennedy*
Michael Ray Kennedy

page 2

# CERTIFICATE OF SERVICE

On This 26th Day of October,2015 A Notice to Appeal

With written Objections was Placed in the Legal Mail

Box VIA Mailed to COURT of APPEALS, Seventh District

501 S. Fillmore Suite 2-A   Amarillo,Texas 79101-2449.

Respectfully

*Michael Ray Kennedy*
Michael Ray Kennedy  Pro Se

# Order

**Upon Consideration,** The Right to Appeal is Hereby

( Granted )  For Good Cause "On Meritts of" the

Motion for Forensic Analysis and Testing and The

Appointment of Counsel.

       IT IS ORDERED, THE RIGHT OF APPEAL IS
GRANTED.

_____

HONORABLE JUDGE PRESIDING.

MICHAEL RAY KENNEDY
STEVENSON TDCJ #1968578
unit,
1525 Fm 766
CUERO,TEXAS
            77954

CORPUS CHRISTI
TX 784 1 T
30 OCT 2015 PM



        coeurt clerk
court of appeals
Seventh District Of Texas
P.O.BOX 9540
Amarillo,Texas
            79105-9540

LEGAL MAIL



79105+9540